## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:24-cv-00301-NT |
| | ) | |
| JASON REID, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE AND DENYING MOTION TO AMEND

On August 29, 2024, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, her Recommended Decision after a preliminary review of the Plaintiff's complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 5). The time within which to file objections to the Recommended Decision has expired, and no objection has been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to *de novo* review and appeal.

Instead of filing an objection, the Plaintiff requested to add fifteen more defendants, including the City of Syracuse, Burger King, and the U.S. Securities and Exchange Commission, and he sought to amend his claims to add allegations relating to what he describes as a $1 billion illegal transaction and "Ponzi Schemes" involving the newly named defendants. Mot. to Add Defs. and Reliefs 1–2 (ECF No. 6). None of the newly named defendants reside in Maine, and the Plaintiff fails to allege any new facts that demonstrate that venue would be proper in the District of Maine. *See* 28 U.S.C. § 1391(b).

It is therefore **ORDERED** that the Plaintiff's Motion to Add Defendants and Reliefs (ECF No. 6) is **DENIED**, the Recommended Decision of the Magistrate Judge (ECF No. 5) is hereby **ADOPTED**, and the Plaintiff's complaint (ECF No. 1) is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 17th day of October, 2024.